**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GILES ELWYNN ORCUTT,

    Petitioner,

-vs-                                    Case No.  8:11-CV-2134-T-30MAP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before the Court is Petitioner's "Motion to Compel Respondent's Full Compliance with the Order" ("motion") (Dkt. 16).  In the motion, Petitioner moves the Court to order Respondent to fully comply with the Court's September 30, 2011 order directing Respondent to show cause why Petitioner's petition for writ of habeas corpus should not be granted (see Dkt. 7).  Specifically, Petitioner requests the Court direct Respondent to file a copy of the state plea hearing and sentencing hearing transcripts, and a narrative summary of the evidence with this Court.

In the response, Respondent indicates that Petitioner's petition is time-barred, and all grounds in the petition are procedurally barred (see Dkt. 13).  If Respondent is correct, a review of the plea and sentencing transcripts, and a narrative summary of the evidence will likely be unnecessary.

ACCORDINGLY, it is **ORDERED AND ADJUDGED** that Petitioner's "Motion to Compel Respondent's Full Compliance with the Order" (Dkt. 16) is **DENIED** without prejudice.  Petitioner may file a reply to Respondent's response on or before February 21, 2012.

**DONE** and **ORDERED** in Tampa, Florida on January 31, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
<u>Copy furnished to</u>:
*Pro Se* Petitioner
Counsel of Record